# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE DOLAN COMPANY, *et al.*,[1]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 14-10614 (BLS)<br><br>**Related Docket No. 615** |
| In re:<br><br>AMERICAN PROCESSING COMPANY, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 14-10615 (BLS) |
| In re:<br><br>ARIZONA NEWS SERVICE, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 14-10616 (BLS) |
| In re:<br><br>ASSURE360, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 14-10617 (BLS) |

1 The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number include: The Dolan Company (4527); American Processing Company, LLC (3395); Arizona News Service, LLC (0969); assure360, LLC (8926); Counsel Press, LLC (0509); Daily Journal of Commerce, Inc. (1624); Daily Reporter Publishing Company (9860); DataStream Content Solutions, LLC (6276); Dolan APC LLC (3828); Dolan Media Holding Company (0186); Dolan Publishing Company (3784); Dolan Publishing Finance Company (5133); Federal News Service LLC (5309); Finance and Commerce, Inc. (2942); Idaho Business Review, LLC (6843); Lawyer's Weekly, LLC (6760); Legislative Information Services of America, LLC (4027); Long Island Business News, LLC (4338); Missouri Lawyers Media, LLC (8890); National Default Exchange Holdings, LLC (1918); New Orleans Publishing Group, L.L.C. (2405); NOPG, L.L.C. (9511); The Daily Record Company LLC (7310); and The Journal Record Publishing Co., LLC (5769). The location of the Reorganized Debtors' service address is: 222 South Ninth Street, Suite 2300, Minneapolis, Minnesota 55402.

| | |
|---|---|
| In re:<br><br>COUNSEL PRESS, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 14-10618 (BLS) |
| In re:<br><br>DAILY JOURNAL OF COMMERCE, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 14-10619 (BLS) |
| In re:<br><br>DAILY REPORTER PUBLISHING COMPANY,<br><br>Debtor. | Chapter 11<br><br>Case No. 14-10620 (BLS) |
| In re:<br><br>DATASTREAM CONTENT SOLUTIONS, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 14-10621 (BLS) |
| In re:<br><br>DOLAN PUBLISHING COMPANY,<br><br>Debtor. | Chapter 11<br><br>Case No. 14-10622 (BLS) |
| In re:<br><br>DOLAN MEDIA HOLDING COMPANY,<br><br>Debtor. | Chapter 11<br><br>Case No. 14-10623 (BLS) |

| | |
|---|---|
| In re: DOLAN PUBLISHING FINANCE COMPANY, Debtor. | Chapter 11<br>Case No. 14-10624 (BLS) |
| In re: FEDERAL NEWS SERVICE LLC, Debtor. | Chapter 11<br>Case No. 14-10625 (BLS) |
| In re: FINANCE AND COMMERCE, INC., Debtor. | Chapter 11<br>Case No. 14-10626 (BLS) |
| In re: DOLAN APC LLC, Debtor. | Chapter 11<br>Case No. 14-10627 (BLS) |
| In re: IDAHO BUSINESS REVIEW, LLC, Debtor. | Chapter 11<br>Case No. 14-10628 (BLS) |
| In re: LAWYER'S WEEKLY, LLC, Debtor. | Chapter 11<br>Case No. 14-10629 (BLS) |

| | |
|---|---|
| In re:<br><br>LONG ISLAND BUSINESS NEWS, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 14-10630 (BLS) |
| In re:<br><br>MISSOURI LAWYERS MEDIA, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 14-10631 (BLS) |
| In re:<br><br>LEGISLATIVE INFORMATION SERVICES OF AMERICA, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 14-10632 (BLS) |
| In re:<br><br>NATIONAL DEFAULT EXCHANGE HOLDINGS, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 14-10633 (BLS) |
| In re:<br><br>NEW ORLEANS PUBLISHING GROUP, L.L.C.,<br><br>Debtor. | Chapter 11<br><br>Case No. 14-10634 (BLS) |
| In re:<br><br>THE DAILY RECORD COMPANY LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 14-10635 (BLS) |

| | | |
|---|---|---|
| In re:<br><br>NOPG, L.L.C.,<br><br>Debtor. | ) | Chapter 11<br><br>Case No. 14-10636 (BLS) |
| In re:<br><br>THE JOURNAL RECORD PUBLISHING CO., LLC,<br><br>Debtor. | ) | Chapter 11<br><br>Case No. 14-10637 (BLS) |

**ORDER GRANTING REORGANIZED DEBTORS' MOTION**
**FOR ENTRY OF AN ORDER AND FINAL DECREE CLOSING CHAPTER 11 CASES**

The above-captioned post-confirmation debtors (the "Reorganized Debtors") having filed a motion (the "Motion")[2] seeking the entry of a final decree closing their Chapter 11 Cases pursuant to section 350 of the Bankruptcy Code and Rule 3022 of the Bankruptcy Rules; and it appearing that the Chapter 11 Cases have been fully administered as required by section 350(a) of the Bankruptcy Code and Rule 3022 of the Bankruptcy Rules, making no further administration necessary; and after due deliberation and sufficient cause appearing therefore, it is hereby:

ORDERED that each of the Chapter 11 Cases are closed, effective as of the entry of this order, pursuant to section 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1, and, specifically the following cases are closed effective as of entry of this order:

---

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

| Debtor Name | Chapter 11 Case Number |
|---|---|
| THE DOLAN COMPANY | 14-10614 (BLS) |
| AMERICAN PROCESSING COMPANY, LLC | 14-10615 (BLS) |
| ARIZONA NEWS SERVICE, LLC | 14-10616 (BLS) |
| ASSURE360, LLC | 14-10617 (BLS) |
| COUNSEL PRESS, LLC | 14-10618 (BLS) |
| DAILY JOURNAL OF COMMERCE, INC. | 14-10619 (BLS) |
| DAILY REPORTER PUBLISHING COMPANY | 14-10620 (BLS) |
| DATASTREAM CONTENT SOLUTIONS, LLC | 14-10621 (BLS) |
| DOLAN PUBLISHING COMPANY | 14-10622 (BLS) |
| DOLAN MEDIA HOLDING COMPANY | 14-10623 (BLS) |
| DOLAN PUBLISHING FINANCE COMPANY | 14-10624 (BLS) |
| FEDERAL NEWS SERVICE LLC | 14-10625 (BLS) |
| FINANCE AND COMMERCE, INC. | 14-10626 (BLS) |
| DOLAN APC LLC | 14-10627 (BLS) |
| IDAHO BUSINESS REVIEW, LLC | 14-10628 (BLS) |
| LAWYER'S WEEKLY, LLC | 14-10629 (BLS) |
| LONG ISLAND BUSINESS NEWS, LLC | 14-10630 (BLS) |
| MISSOURI LAWYERS MEDIA, LLC | 14-10631 (BLS) |
| LEGISLATIVE INFORMATION SERVICES OF AMERICA, LLC | 14-10632 (BLS) |
| NATIONAL DEFAULT EXCHANGE HOLDINGS, LLC | 14-10633 (BLS) |
| NEW ORLEANS PUBLISHING GROUP, L.L.C. | 14-10634 (BLS) |
| THE DAILY RECORD COMPANY LLC | 14-10635 (BLS) |
| NOPG, L.L.C. | 14-10636 (BLS) |
| THE JOURNAL RECORD PUBLISHING CO., LLC | 14-10637 (BLS) |

; and it is further

ORDERED that this order is without prejudice to and does not otherwise affect the continuing effect of the Plan and applicable provisions of the Confirmation Order that will survive the closing of the Debtors' cases; and it is further

ORDERED that the Reorganized Debtors, and their employees, professionals, and representatives are authorized and directed to take any and all actions necessary or appropriate in connection with the closing authorized by this order; and it is further

ORDERED that the Court shall retain jurisdiction pursuant to Bankruptcy Code section 350(b) to reopen the case to administer assets, to accord relief to the Debtors, or for other cause, and to the extent necessary to enforce the provisions of the Plan, the Confirmation Order, and this order; and it is further

ORDERED that the Clerk of the United States Bankruptcy Court for the District of Delaware shall forthwith enter a final decree closing the cases of the Debtors.

Dated: March 16 2015
Wilmington, Delaware

The Honorable Brendan L. Shannon
United States Bankruptcy Judge